J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Disney Enterprises, Inc.

Robert Perez
c/o Intellectual Property Center
*ashaffer@theipcenter.com*
7101 College Blvd, Suite 1520
Overland Park, Kansas 66210
Telephone: (913) 345-0900

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Robert Perez and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV11-7812 RGK (MRWx) <br><br> CONSENT DECREE AND PERMANENT INJUNCTION |

The Court, having read and considered the Joint Stipulation for Entry of Consent Decree and Permanent Injunction that has been executed by Plaintiff Disney Enterprises, Inc. ("Plaintiff") and Defendant Robert Perez ("Defendant") in this action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, 15 U.S.C. § 1051 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendant.

2) Plaintiff claims that it owns or controls the pertinent rights in and to the copyright registrations identified in Exhibit A, attached hereto (collectively "Plaintiff's Copyrights").

3) Plaintiff claims that it owns or controls the pertinent rights in and to the trademark registrations identified in Exhibit B, attached hereto (collectively "Plaintiff's Trademarks").  (Plaintiff's Copyrights and Plaintiff's Trademarks are collectively referred to herein as "Plaintiff's Properties".)

4) Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5) Defendant denies Plaintiff's allegations that he has made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.  This Consent Decree shall not serve as an admission of liability.

6) Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a) Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

        i) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the

likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

ii) Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

7) Each side shall bear its own fees and costs of suit.

8) Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

9) This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

10) The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

11) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

12) The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

13) This Court shall retain jurisdiction over the Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: March 16, 2012

_____
Hon. R. Gary Klausner
Judge, United States District Court
for the Central District of California

PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff Disney Enterprises, Inc.

Robert Perez

By: _____
    Robert Perez
Defendant, *in pro se*

# Exhibit A

# Plaintiff's Copyrights

| Copyright Registration Number: | Title of Work: | Author of Work: |
|---|---|---|
| COMPILATION | 10 Things I Hate About You Season 1 | Disney Enterprises, Inc. |
| RE 27-746 | Alice in Wonderland | Disney Enterprises |
| PA 542 647 | Beauty and the Beast | Disney Enterprises |
| PA0001665408 | Beverly Hills Chihuahua | Disney Enterprises |
| Applicant Tracking Number: 93420 | Beverly Hills Chihuahua 2 | Disney Enterprises, Inc. |
| PA 1-617-950 | Bolt | Disney Enterprises |
| PA0001645052 | Camp Rock | Disney Enterprises |
| PA0001738017 | Camp Rock 2: The Final Jam - Extended Edition | Disney Enterprises |
| COMPILATION | Cars Toon: Mater's Tall Tales | Disney Enterprises |
| PA0001651219 | Cheetah Girls - One World, The | Disney Enterprises |
| PA0001612956 | Chronicles of Narnia: Prince Caspian, The | Disney Enterprises |
| PA0001622679 | Confessions of a Shopaholic | Disney Enterprises |
| COMPILATION | Desperate Housewives Season 5 | Disney Enterprises |
| PA0001737035 | Disney My Friends Tigger & Pooh: Super Duper Super Sleuths | Disney Enterprises, Inc. |
| PA0001664304 | Disney's A Christmas Carol | Disney Enterprises, Inc. |
| PA0000513584 | Disney's Sing Along Songs - Very Merry Christmas Songs | Disney Enterprises |
| PA0001595126 | Enchanted | Disney Enterprises |
| PA0001641991 | G-Force | Disney Enterprises |
| PA 1-627-575 | Hannah Montana The Movie | Disney Enterprises |
| COMPILATION | Hannah Montana: The Second Season | Disney Enterprises |
| PA 1-313-530 | High School Musical | Disney Enterprises |
| PA 1-613-593 | High School Musical 3: Senior Year | Disney Enterprises |
| SR0000411822 | High School Musical The Concert | Disney Enterprises |
| PA0001593116 | Jonas Brothers in Concert | Disney Enterprises |
| COMPILATION | Mickey Mouse Clubhouse Detective Minnie | Disney Enterprises |
| COMPILATION | My Friends Tigger & Pooh - Friendly Tails | Disney Enterprises |
| COMPILATION | My Friends Tigger & Pooh - Super Sleuth Christmas Movie | Disney Enterprises |
| PA0001665413 | My Friends Tigger, Pooh and Musical Too | Disney Enterprises |
| PA0001608662 | Pixar Short Films Collection Vol 1 | Disney Enterprises |
| PA0001689164 | Prince of Persia: The Sands of Time | Disney Enterprises |
| PA0001656826 | Princess and the Frog, The | Disney Enterprises |
| PA0001627574 | Race to Witch Mountain | Disney Enterprises |

| | | |
|---|---|---|
| PA0001679508 | Santa Buddies – The Legend of Santa Paws | Disney Enterprises |
| PA0001765693 | Search For Santa Paws, The | Disney Enterprises |
| PA0001706963 | Secretariat | Disney Enterprises, Inc. |
| PA0001706963 | Secretariat | Disney Enterprises |
| PENDING | Sharpay's Fabulous Adventure | Disney Enterprises |
| PA0001613826 | Snow Buddies | Disney Enterprises |
| R 354 235 | Snow White and the Seven Dwarfs | Disney Enterprises |
| PA0001691405 | Sorcerer's Apprentice, The | Disney Enterprises |
| PA0001695807 | Space Buddies | Disney Enterprises |
| PA0001660807 | Surrogates | Disney Enterprises |
| PA0000938320 | Swing Vote | Disney Enterprises |
| PA0001713581 | Tangled | Disney Enterprises, Inc. |
| PA 659 979 | The Lion King | Disney Enterprises |
| PA0001608579 | The Little Mermaid: Ariel's Beginning | Disney Enterprises |
| PA0001350308 | The Suite life of Zack & Cody : no. 2-18, That's so suite life of Hannah Montana | Disney Enterprises |
| PA 659-601 | Tim Burton's The Nightmare Before Christmas | Disney Enterprises |
| PA 1-611-943 | Tinker Bell | Disney Enterprises |
| PA0001703137 | Tinker Bell and the Great Fairy Rescue | Disney Enterprises, Inc. |
| PA0001668259 | Tinker Bell and the Lost Treasure | Disney Enterprises |
| PA0001688323 | Toy Story 3 | Disney Enterprises, Inc. |
| PA0001713579 | Tron: Legacy | Disney Enterprises, Inc. |
| PA 1-635-067 | Up | Disney Enterprises |
| PA 1-606-305 | Wall-E | Disney Enterprises |
| PA0001633057 | Walt Disney Animation Collection Volume 2: Three Little Pigs | Disney Enterprises |
| PA0001699594 | Wizards of Waverly Place: The Movie | Disney Enterprises |
| PA0001699603 | Wizards on Deck with Hannah Montana | Disney Enterprises |

# Exhibit B

# Plaintiff's Trademarks

| Trademark | Mark Drawing Code | Trademark Application or Registration No. | Trademark Registration Date |
|---|---|---|---|
| Disneyland | Typed Drawing | 3,415,499 | 4/22/08 |
| Walt Disney World | Words, Letters, and/or Numbers in Stylized Form | 3,548,681 | 12/23/08 |
| Walt Disney World | Typed Drawing | 1,189,727 | 2/16/82 |
| WALT DISNEY | Typed Drawing | 1,267,000 | 11/22/83 |
| WALT DISNEY | Standard Character Mark | 3,917,336 | 2/8/11 |
| WALT DISNEY | Standard Character Mark | Serial Number 77,225,318 | n/a |
| WALT DISNEY PRESENTS | Words, Letters, and/or Numbers in Stylized Form | 0,826,419 | 3/28/67 |
| CASTLE DEVICE | Design Only | Serial Number 77,154,442 | n/a |
| BUENA VISTA HOME ENTERTAINMENT | Standard Character Mark | 3,946,630 | 4/19/11 |
| BUENA VISTA | Typed Drawing | 1,570,700 | 12/12/89 |
| VISTA SERIES | Typed Drawing | 2,805,355 | 1/13/04 |
| TOUCHSTONE | Typed Drawing | 1,536,119 | 5/31/88 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 3,588,875 | 3/10/09 |
| TOUCHSTONE | Typed Drawing | 1,539,650 | 5/16/89 |
| TOUCHSTONE | Design Plus Words, Letters, and/or Numbers | 1,534,696 | 4/11/89 |
| CIRCLE DEVICE | Design Only | 1,322,622 | 2/26/85 |
| DISNEY | Typed Drawing | 2,888,282 | 9/28/04 |
| DISNEY | Typed Drawing | 3,235,413 | 4/24/07 |

| Mark | Type | Registration/Serial Number | Registration Date |
|---|---|---|---|
| DISNEY | Typed Drawing | 3,410,201 | 4/8/08 |
| DISNEY | Standard Character Mark | Serial Number 77,098,343 | n/a |
| D DISNEY FAMILY MOVIES | Design Plus Words, Letters, and/or Numbers | 3,764,357 | 3/23/10 |
| DISNEY DVD IMAGINE, LAUGH & LEARN | Standard Character Mark | 3,512,512 | 10/7/08 |
| DISNEY FAIRIES | Standard Character Mark | 3,532,716 | 11/11/08 |
| DISNEY'S FAST PLAY | Design Plus Words, Letters and/or Numbers | 3,197,261 | 1/9/07 |
| DISNEY'S HOLLYWOOD STUDIOS | Standard Character Mark | Serial Number 77,247,032 | n/a |
| DISNEY IMAGINATION | Standard Character Mark | Serial Number 77,722,264 | n/a |
| DISNEY JUNIOR | Standard Character Mark | Serial Number 85,154,260 | n/a |
| DISNEY JUNIOR | Design Plus Words, Letters, and/or Numbers | Serial Number 85,058,885 | n/a |
| DISNEY MAGIC CONNECTION | Standard Character Mark | Serial Number 77,287,627 | n/a |
| DISNEY MANIA | Standard Character Mark | 3,687,985 | 7/14/09 |
| DISNEYNATURE | Standard Character Mark | 3,835,650 | 8/17/10 |
| DISNEYNATURE | Standard Character Mark | 3,870,914 | 11/2/10 |
| DISNEY PRINCESS | Standard Character Mark | 3,577,933 | 2/17/09 |
| DISNEY SPOTLIGHT | Standard Character Mark | Serial Number 85,307,725 | n/a |
| DISNEY STAR | Standard Character Mark | Serial Number 77,608,335 | n/a |
| DISNEY STUDIO ALL ACCESS | Standard Character Mark | Serial Number 85,170,654 | n/a |
| DISNEY STYLE | Standard Character Mark | Serial Number 85,035,726 | n/a |
| DISNEY XD | Design Plus Words, Letters, and/or Numbers | Serial Number 77,478,247 | n/a |

| | | | |
|---|---|---|---|
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,778,757 | 4/20/10 |
| DISNEY XD | Standard Character Mark | 3,779,166 | 4/20/10 |
| DISNEY XD | Words, Letters, and/or Numbers in Stylized Form | 3,761,634 | 3/16/10 |
| DXD | Standard Character Mark | 3,705,751 | 11/3/09 |
| XD | Standard Character Mark | 3,782,344 | 4/27/10 |
| HOUSE OF MOUSE | Typed Drawing | 2,565,232 | 4/30/02 |
| MICKEY MOUSE CLUB | Typed Drawing | 2,278,297 | 9/14/99 |
| TOON DISNEY | Typed Drawing | 2,457,669 | 6/5/01 |
| WALT DISNEY FAMILY FOUNDATION | Standard Character Mark | Serial Number 77,608,719 | n/a |
| WALT DISNEY FAMILY FOUNDATION MEDIA | Standard Character Mark | Serial Number 77,608,742 | n/a |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,886,911 | 12/7/10 |
| WALT DISNEY FAMILY MUSEUM | Standard Character Mark | 3,904,845 | 1/11/11 |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,775 | n/a |
| MOVIES. MAGIC. MORE. | Standard Character Mark | Serial Number 77,237,789 | n/a |
| THE DISNEY CHANNEL | Typed Drawing | 1,343,334 | 6/18/85 |